UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8529-CIV-DIMITROULEAS

MARK LEVY,

    Plaintiff,

vs.

OFFICE DEPOT, INC., and
PURCHASEPRO.COM, INC.,

    Defendants.
_____/



### ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT; ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Joint Motion for Court Approval of Settlement Agreement, filed herein on June 18, 2004. [DE-120]. The Court has carefully considered the Motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Court Approval of Settlement Agreement, filed herein on June 18, 2004 [DE-120] is hereby **GRANTED**.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. The Clerk shall deny any pending motions as **MOOT**.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of June, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Michael J. Pucillo, Esq.
Jack Fruchter, Esq.
Mark F. Bideau, Esq.
Burton W. Wiand, Esq.
Francis B. Geary, Jr., Esq.
Joshua A. Payne, Esq.